FILED

June 26, 2026

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAYDEN VIRGIL THOMAS

Defendant.

Case No.  2:26-cr-0110 AC

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JAYDEN VIRGIL THOMAS

Case No.  2:26-cr-0110 AC  Charges 18 USC § 111(a) from custody for the following

reasons:

   x    Release on Personal Recognizance

       Bail Posted in the Sum of $ _____

          Unsecured Appearance Bond $ _____

          Appearance Bond with 10% Deposit

          Appearance Bond with Surety

          Corporate Surety Bail Bond

          (Other):_ .

Issued at Sacramento, California on June 26, 2026 at 2:16 PM

By:   /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney